**PLEASE RECEIPT AND RETURN**

AO 442    (Rev. 10/03)  Warrant for Arrest

# UNITED STATES DISTRICT COURT

## Southern  District of  California

UNITED STATES OF AMERICA

### **WARRANT FOR ARREST**

V.

Leonard Glenn Francis (1) and
Michael Vannek Khem Misiewicz (2)

Case Number:

**'13MJ3457**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ⎯

Michael Vannek Khem Misiewicz
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment      ☐ Information      ☒ Complaint      ☐ Order of court      ☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice

charging him or her with   (brief description of offense)

Conspiracy to commit bribery

in violation of Title  18            United States Code, Section(s)  371

The Honorable David H. Bartick
Name of Issuing Officer

Signature of Issuing Officer

**SEAL**

United States Magistrate Judge
Title of Issuing Officer

9/12/2013      San Diego, California
Date and Location

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| **DATE RECEIVED** | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| **DATE OF ARREST** | | |