IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-mj-01133-KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MICHAEL VANNEK KHEM MISIEWICZ,

      Defendant.

_____

## NOTICE OF APPEARANCE
_____

      The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above-captioned case.

      Respectfully submitted,

      WARREN R. WILLIAMSON
      Federal Public Defender, Interim

      s/ Edward R. Harris
      Edward R. Harris
      Assistant Federal Public Defender
      633 17th Street, Suite 1000
      Denver, CO  80202
      Telephone:  (303) 294-7002
      FAX:  (303) 294-1192
      Edward_Harris@fd.org
      Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2013, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Martha Paluch, Assistant U.S. Attorney
Email  Martha.paluch@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Mr. Michael Misiewicz *(via U.S. Mail)*
Reg. No.  39883-013
c/o Federal Detention Center
9595 W. Quincy Avenue
Littleton, CO    80123


                                                s/ Edward R. Harris
                                                Edward R. Harris
                                                Assistant Federal Public Defender
                                                633 17th Street, Suite 1000
                                                Denver, CO  80202
                                                Telephone:  (303) 294-7002
                                                FAX:  (303) 294-1192
                                                Edward_Harris@fd.org
                                                Attorney for Defendant