IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 13-mj-01133-KMT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL VANNEK KHEM MISIEWICZ,

    Defendant.

_____

**UNOPPOSED MOTION FOR HEARING**
_____

Defendant, by and through his attorney Edward R. Harris and the Office of the Federal Public Defender, hereby moves for a status hearing and / or bond release hearing to be held on September 25, 2013, and as grounds therefore states as follows:

1. On September 19, 2013, the Honorable Magistrate Judge K. Tafoya entered orders setting conditions of release for Defendant. Those conditions included *inter alia* a $100,000 secured bond.

2. Defendant has a scheduled September 30, 2013 hearing in the Southern District of California. He expected that he might be able to post bond, but that it might take several days to liquidate mutual funds and otherwise comply with procedures necessary to post such bond. Given the timing of the California hearing and the time it might take to secure funds and post them, the parties and the Court were concerned that Defendant might be en route to California in Marshals custody before the bond posting process might be completed. Therefore, they discussed various logistical matters relating

1

to whether the Marshals should be ordered to transport Defendant to the Southern District of California and whether a status hearing should be set. Undersigned counsel declined the invitation to set a status conference.

3. The securing of legitimate funds to post the $100,000 bond has proceeded far more rapidly than counsel had expected. At this time, he expects that those funds will be posted by Defendant's wife, Marcy, who has sold $100,000 of jointly held mutual funds and anticipates receiving a proceeds check on September 21, 2013. Marcy lives in Illinois and will have to travel to Colorado to pick up the check and then, pursuant to the procedures set forth in this district for the posting of bond, will have to personally delivery that check to the clerk's office. Additionally, pursuant to those procedures, Marcy must be present in court to sign the bond as a surety at such time as a bond release hearing is held. Finally, any funds deposited with the Court must be in the form of a certified check, cashier's check, or money order.

4. Counsel is not sure at this time whether the proceeds check from the mutual fund company can be immediately used to purchase a certified check, cashier's check, or money order. Possibly, there may be some additional holding period imposed by a bank. Nonetheless, time is of the essence.

5. Therefore, in the hope that by September 25, 2013 certified funds will have been deposited with the Court (posted as bond) and the realization that at some point the U.S. Marshals Service will have to move Defendant to accommodate the California hearing, counsel has reconsidered his position concerning the setting of a status conference.

6. Further, should this Court set a status conference, counsel believes that it makes sense to also be prepared at that conference (in the event that bond has been posted) to convert that status conference in to a bond release hearing.

7. Counsel has contacted Martha Paluch, the Assistant United States Attorney who is handling the case in this district. Ms. Paluch does not object to the setting of a hearing.

WHEREFORE, Defendant respectfully request that this Court set a status hearing and / or bond release hearing to be held on September 25, 2013.

Respectfully submitted,

WARREN R. WILLIAMSON
Federal Public Defender, Interim


s/ Edward R. Harris
Edward R. Harris
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Edward_Harris@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on September 19, 2013, I electronically filed the foregoing **UNOPPOSED MOTION FOR HEARING** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Paluch, Assistant U.S. Attorney
    Email  Martha.paluch@usdoj.gov


and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Michael Misiewicz *(via U.S. Mail)*
    Reg. No.  39883-013
    c/o Federal Detention Center
    9595 W. Quincy Avenue
    Littleton, CO    80123


                                                  s/ Edward R. Harris
                                                  Edward R. Harris
                                                  Assistant Federal Public Defender
                                                  633 17th Street, Suite 1000
                                                  Denver, CO  80202
                                                  Telephone:  (303) 294-7002
                                                  FAX:  (303) 294-1192
                                                  Edward_Harris@fd.org
                                                  Attorney for Defendant