IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Jeffrey P. Colwell,<br>CLERK OF COURT | Room A-105, Alfred A. Arraj U.S. Courthouse<br>901 19th Street<br>Denver, Colorado 80294-3589<br>Phone (303) 844-3433<br>www.cod.uscourts.gov |

September 19, 2013

United States Courthouse (Annex)
333 West Broadway, Suite 420
San Diego CA 92101

Colorado Case Number: 13-mj-01133-KMT
Receiving Court Case Number: 13-mj-03457
Michael Vannek Khem Misiewicz

Dear Clerk:

The above numbered case has been ordered transferred to your district pursuant to order of court.

You may access electronically filed documents in this case at our ECF/PACER web address http://ecf.cod.uscourts.gov.  Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt by returning a date stamped copy of this letter noting the case number in your court in the enclosed envelope.

Very truly yours,
Jeffrey P. Colwell, Clerk

By:  s/ C. Covington
       Deputy Clerk