PS 40  (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** United States Department of State
Office of Passport Services
Legal Affairs Division
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

**FROM:** United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO 80294

☒ **Original Notice**
Date: 9/24/2013
By: D. Berardi

☐ **Notice of Disposition**
Date: ___
By: ___

Defendant: Michael Vannak Misiewicz
Date of Birth: 1967
SSN: ___

Case Number: 13-MJ-1133 KLM
Place of Birth: Cambodia

Notice of Court Order (Order Date: 9/24/2013 )

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☐ The above-named defendant surrendered passport number 432884062 and/or passport card number ___ to the custody of the U.S. District Court on 9/24/2013.

### NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court