AO 468 (Rev. SDCal 04/13) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
Southern District of California

13-mj-01133-KmT

| United States of America | ) | |
|---|---|---|
| v. | ) | Charging Dist |
| Michael Misiewicz | ) | Case No. 13-mj-3457 |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I knowingly and voluntarily agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1

Date: 9/24/13

_____
Defendant's signature

_____
Signature of defendant's attorney

EDWARD HARRIS (AFPD)
Printed name and bar number of defendant's attorney

633 17th St #1000 Denver, CO
Address of defendant's attorney

_____
E-mail address of defendant's attorney

_____
Telephone number of defendant's attorney

_____
FAX number of defendant's attorney