UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 15CR0033-JLS |
| Plaintiff, ) | |
| ) | **ORDER DIRECTING TRANSFER OF SECURITY FOR BOND POSTED IN DISTRICT OF COLORADO** |
| vs. ) | |
| MICHAEL VANNAK KHEM MISIEWICZ ) | |
| Defendant. ) | |
| _____) | |

Good cause appearing therefore:

IT IS HEREBY ORDERED that funds deposited as security for appearance bond with the Clerk of the Court for the United States District Court for the District of Colorado under case number 13MJ01133-KLM shall be transferred to the Clerk of the Court for the United States District Court for the Southern District of California for deposit as security for bond in the above-captioned criminal case.

IT IS SO ORDERED.

DATED: May 3, 2016

Honorable Janis L. Sammartino
United States District Judge