PS 40 (Rev. 09/10) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

TO: United States Department of State
Office of Passport Services
Legal Affairs Division
2100 Pennsylvania Avenue, NW, 3rd Floor
Washington, DC 20037

FROM: United States District Court
District of Colorado
901 19th Street, Room A105
Denver, CO 80294

[X] **Original Notice**
Date: 9/24/2013
By: D. Berardi

[ ] Notice of Disposition
Date: _____
By: _____

Defendant: Michael Vannak Misiewicz
Date of Birth: ___ 1967
SSN: _____

Case Number: 13-MJ-1133 KLM
Place of Birth: Cambodia

Notice of Court Order (Order Date: 9/24/2013)

[X] The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.
[ ] The above-named defendant surrendered passport number 432884062 and/or passport card number _____ to the custody of the U.S. District Court on 9/24/2013.

## NOTICE OF DISPOSITION

The above case has been disposed of.

[ ] The above order of the court is no longer in effect.
[ ] Defendant not convicted – Document returned to defendant.
[ ] Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
[ ] Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant (or representative)
Clerk of Court