UNITED STATES POSTAL SERVICE
SAN DIEGO
09 APR '18

B-mj-1133

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

FILED
UNITED STATES DISTRICT COURT
DENVER COLORADO

APR 12 2018

JEFFREY P. COLWELL
CLERK

United States District Court
19th Street, Room A105
Denver, CO 80294

250151

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James M. Carter and Judith N. Keep
US Courthouse
333 West Broadway, Suite 420
San Diego, CA 92101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Tina Bancroft*
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Tina Bancroft

C. Date of Delivery
4/9/18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail®     ☐ Priority Mail Express™
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7014 3490 0001 5489 5370

PS Form 3811, July 2013                Domestic Return Receipt